IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAWRENCE CANDELARIA,

    Plaintiff,

v.                                          Civ. No. 23-374 JCH/GBW

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al.*,

    Defendants.

### ORDER TO CURE DEFICIENCIES

THIS MATTER is before the Court on Plaintiff's Letter Regarding Civil Rights Claims. *Doc. 1*. Plaintiff is incarcerated and proceeding *pro se*. He wishes to file a 42 U.S.C. § 1983 civil rights complaint and requests forms. The Clerk's Office mailed him a blank complaint and motion to proceed *in forma pauperis*. Plaintiff must return the completed complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis*. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (No. 23-cv-374 JCH/GBW). The failure to comply with this Order in a timely manner may result in dismissal without further notice.

    IT IS ORDERED that **within thirty (30) days of entry of this Order**, Plaintiff

must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or, alternatively, submit an *in forma pauperis* motion that attaches a six-month inmate account statement.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE